AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cebull, Richard F. | District Court-Montana | 04/27/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>316 North 26th Street<br>Billings, MT 59101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2010 MAY -3 P 10: 52
FINANCIAL DISCLOSURE OFFICE

Cebull, Richard F.

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/27/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/27/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RBC Brokerage Acct 1 | | | | | | | | | |
| 2. MT St Dept Transportation Rev GRA Nt 2005 | A | Interest | J | T | | | | | |
| 3. MT Univ Revs Higher Ed Facs Impt | A | Interest | J | T | | | | | |
| 4. Mt Fin Auth Rev B Ds 2006 B | B | Interest | K | T | | | | | |
| 5. Forsyth Mt Pollution Ctl Rev Bds 2006 | B | Interest | K | T | | | | | |
| 6. Mt St Health Facs Auth RV Sisters of Charity | A | Interest | J | T | | | | | |
| 7. Mt St Brd Hsg Single Family Mtg SER A-2 | A | Interest | J | T | | | | | |
| 8. Mt St Higher Ed Student Assist Corp-Ser B | A | Interest | J | T | | | | | |
| 9. Miami Dade Cnty Fla Oblig | A | Interest | J | T | Buy | 05/12/09 | J | | |
| 10. Mt Fac Fin Auth Rev Sr Living St Johns Lutheran A | A | Interest | J | T | | | | | |
| 11. Mt St Brd Hsg Single Fam Prog Bds 2008A | A | Interest | J | T | | | | | |
| 12. Allianz NFJ Div Value Fund Class C MF | A | Dividend | K | T | | | | | |
| 13. Columbia Funds Ser Tr Small Cap Value II Cl C MF | | None | J | T | | | | | |
| 14. American Funds Growth Fund of America Inc MF | A | Dividend | K | T | | | | | |
| 15. Hartford Mutual Funds Inc Cap Apprecia. Fund Cl C MF | A | Dividend | J | T | | | | | |
| 16. Intel Corp CS | A | Dividend | J | T | | | | | |
| 17. Kayne Anerson Energy Total Return Fund MF | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns D1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. St Mary Land & Exploration CS | A | Dividend | J | T | | | | | |
| 19. Texas Instruments Inc CS | A | Dividend | J | T | | | | | |
| 20. Van Kampen Mid-Cap Growth Fd Cl C | | None | K | T | | | | | |
| 21. Thornburg Investment Trust Intl Value Fd Cl C | A | Dividend | K | T | | | | | |
| 22. Countrywide Cap V 7% GTD Cap Sec | A | Interest | J | T | | | | | |
| 23. Citigroup Inc. Ser AA PFD | A | Dividend | | | Sold | 05/06/09 | J | | |
| 24. Tamarack Invt Funds MM(Y) | | | | | | | | | |
| 25. IRA #1 | C | Int./Div. | L | T | | | | | |
| 26. -Tamarack Invt Funds MM (Y) | | | | | | | | | |
| 27. -Seligman Value Fd Ser Inc Small Cap Value Cl C | | | | | Sold | 03/30/09 | J | | |
| 28. -AIM Growth Series Mid Cap Core Equity Cl C | | | | | Buy | 12/10/09 | J | | |
| 29. -Allianz Nfj Dividend Value Fd Cl C MF | | | | | | | | | |
| 30. -Allianz Fds Small Cap Value Fd Cl C | | | | | Buy | 03/30/09 | J | | |
| 31. -FT Double Play Oct 07 FT Eq Trust dtd 12/31/08 | | | | | Redeemed | 01/06/09 | J | | |
| 32. -American Fund Growth Fund Amer Inc Cl C | | | | | | | | | |
| 33. -Goldman Sachs Trust Core Structrd Large Cap Value Fd C | | | | | Sold | 12/10/09 | J | | |
| 34. -Lort Abvvott Mid Cap Value Fd Inc Cl C | | | | | Sold | 12/10/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -ING Groep NV 7.375% Pref Hybrid Cap Secs Pfd | | | | | | | | | |
| 36.  -Thornburg Investment Income Builder Cl C | | | | | Buy | 12/10/09 | J | | |
| 37.  -CIT Group Inc Internotes | | | | | Sold | 07/16/09 | J | | |
| 38.  -General ElectricCapital Corp Med Nts Step-up | | | | | | | | | |
| 39.  DADavidson Brokerage Acct #2 | | | | | | | | | |
| 40.  General Electric CS | A | Dividend | | | Sold | 12/21/09 | J | | |
| 41.  Johnson & Johnson CS | A | Dividend | | | Sold | 12/21/09 | J | C | |
| 42.  Pfizer Inc CS | A | Dividend | | | Sold | 12/21/09 | J | | |
| 43.  Capital World Growth 7 Inc A | A | Dividend | | | Sold | 12/21/09 | J | | |
| 44.  Merrill Lynch Pfd Capital Trust III | A | Interest | | | Sold | 12/21/09 | J | | |
| 45.  IRA #2 | E | Int./Div. | P1 | T | | | | | |
| 46.  -Heritage Bank CD | | | | | Redeemed | 01/26/09 | M | | |
| 47.  -Parkway Bank & Trust CD | | | | | Redeemed | 03/06/09 | M | | |
| 48.  -GE Money Bank CD | | | | | Redeemed | 12/18/09 | M | | |
| 49.  -Capital World Growth 7 Income Fund Cl A MF | | | | | Sold | 01/22/09 | L | | |
| 50.  -American Funds Bond Fund of America Cl A MF | | | | | Sold | 01/22/09 | M | E | |
| 51.  -American Fds Fundamental Investors Fd Cl A MF | | | | | Sold | 01/22/09 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Fds Investment Co of America | | | | | Sold | 01/22/09 | L | D | |
| 53. -American Fds US Government Securities Fd Cl A MF | | | | | Sold | 01/22/09 | M | D | |
| 54. -General Electric Capital Corp Med Term Notes | | | | | Redeemed | 06/15/09 | K | | |
| 55. -Ford Motor Credit Co. Medium Term Notes | | | | | Redeemed | 10/28/09 | J | | |
| 56. -International Bank For Reconstruction and Development | | | | | | | | | |
| 57. -Huntington National Bank CD | | | | | Buy | 02/17/09 | M | | |
| 58. -Wilmington Trust Co CD | | | | | Buy | 02/17/09 | M | | |
| 59. -Wilmington Trust Co CD | | | | | Redeemed | 06/18/09 | M | | |
| 60. -Nara Bank, LA, CA CD | | | | | Buy | 02/18/09 | M | | |
| 61. -Nara Bank, LA, CA CD | | | | | Redeemed | 09/28/09 | M | | |
| 62. -Bank of America Charlotte, NC CD | | | | | Buy | 03/06/09 | M | | |
| 63. -Cardinal Bank MClean, VA CD | | | | | Buy | 06/15/09 | M | | |
| 64. -Pimco Total Return Fund Cl C MF | | | | | Buy | 10/30/09 | M | | |
| 65. -Edward Jones Passport Money Market (Y) | | | | | | | | | |
| 66. -Edward Jones Retirement Money Market (X) | | | | | | | | | |
| 67. First Interstate Bank Accts | A | Interest | L | T | | | | | |
| 68. New York Life Ins Policy Cash Value | A | Dividend | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/27/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 65 and 66 represent a change in description on the Brokerage Statement.

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/27/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544